of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Joseph Maiorana, Appellant, v. Enos & Sanderson Company, Respondent.— Appeal dismissed unless appellant shall file and serve the printed papers and briefs on appeal by August fifteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

The People of the State of New York, Respondent, v. Grace K. Gerks, Appellant.— Motion granted requiring district attorney to furnish copies of exhibits within ten days. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Frank Wanamaker, Appellant, v. Bert F. Schultz, Respondent.— Appeal dismissed unless appellant shall file and serve the printed papers on appeal by August tenth and shall be ready for argument at the opening of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Frank Wanamaker, Appellant, v. Albert F. Schultz, Respondent.— Appeal dismissed unless appellant shall file and serve the printed papers on appeal by August tenth and shall be ready for argument at the opening of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Charles Swartzlander, Respondent, v. Augustus Seaman, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and briefs on appeal by August twentieth and shall be ready for argument at the opening of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Samuel Miranda and Another, Appellants, v. Carl A. Witte, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by August twenty-fifth, and shall be ready for argument at the opening of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Louis S. Pierce, as Trustee, etc., Respondent, v. Mutual Life Insurance Company of New York, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs on appeal by August first and shall be ready to argue the appeal at the opening of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Herman Coplan and Others, as Copartners, etc., Appellants, v. Peter Rizzo, Respondent.— Appeal dismissed unless appellants shall file and serve the printed papers by August fifteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

---

## First Department, July, 1925.

John S. Metcalf Co., Ltd., Appellant, v. Francis Randolph Mayer, Individually and Others, Respondents. (Action No. 2.) — Judgment and order affirmed, with costs. No opinion. Present — Clark, P. J., Merrell, Finch, Martin and Burr, JJ.

In the Matter of Emanuel Busch, an Attorney.— Proceeding dismissed. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

In the Matter of Abraham Kalisky, an Attorney.— Proceeding dismissed. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.